**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 00-1803**

_____

WINFRED F. NICHOLSON,

Plaintiff - Appellant,

versus

UNITED STATES OF AMERICA, Internal Revenue
Service, Department of the Treasury,

Defendant - Appellee.

_____

Appeal from the United States District Court for the District of
Maryland, at Baltimore.   William M. Nickerson, District Judge.
(CA-99-2179-WMN)

_____

Submitted:  September 21, 2000    Decided:  September 27, 2000

_____

Before WILKINS, NIEMEYER, and TRAXLER, Circuit Judges.

_____

Affirmed by unpublished per curiam opinion.

_____

Winfred F. Nicholson, Appellant Pro Se.  Annette Marie Wietecha,
UNITED STATES DEPARTMENT OF JUSTICE, Washington, D.C., for
Appellee.

_____

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Winfred Nicholson appeals from the district court's order dismissing his complaints in which he sought a refund of estimated tax payments, as well as punitive damages and injunctive relief. We have reviewed the records and the district court's opinion and find no reversible error. Accordingly, although we deny the government's motion for sanctions pursuant to Fed. R. App. P. 38, we affirm on the reasoning of the district court. See Nicholson v. United States, Nos. CA-99-2179-WMN, CA-99-3813-WMN (D. Md. June 1, 2000). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED

2